States District Court for the Eastern District of New York, case No. 92 CV 1258, is stayed pending disposition of the appeal by the United States Court of Appeals for the Second Circuit. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the application.

JUSTICE O'CONNOR, with whom JUSTICE SOUTER joins, dissenting.

I would deny the Government's application to lift the injunction to the extent it applies to refugees who are and who remain screened in. Insofar as it prevents repatriation of those the Government determines may not remain, I would lift the injunction.

No. 91–8028 (A–780). WHITE v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application for stay of execution.

APRIL 27, 1992

No. 91–1075. BAILES v. UNITED STATES. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded to the Court of Appeals with instructions to remand the case to the United States District Court for the Northern District of Alabama with instructions to vacate with prejudice that aspect of the District Court's award that represents the "doubling" of damages as suggested by the Solicitor General in his brief for the United States filed April 1, 1992, and for further appropriate proceedings.

No. — – —. HALAS v. QUIGG. Motion of petitioner for reconsideration of order denying motion to direct the Clerk to file petition for writ of certiorari out of time [ante, p. 955] denied.

No. D–1087. IN RE DISBARMENT OF FOX. Disbarment entered. [For earlier order herein, see ante, p. 902.]